### W. C. FRAKER v. H. B. CULLUM.

*Error from Sedgwick District Court.*

THE judgment in this case will be reversed, and cause remanded for a new trial, on the authority of the case just decided, of *Fraker v. Cullum*, ante, p. 555.

All the Justices concurring.